**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01132-REB-CBS

JHOSEMAR SAMANIEGO FERNANDEZ,

      Plaintiff,

v.

JOHN PEROULIS & SONS SHEEP, INC., a foreign corporation of Colorado,
LOUIS PEROULIS, and
STANLEY PEROULIS,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on **Defendants' <u>Unopposed</u> Motion For Leave To Exceed Page Limit** [#17][2] filed August 11, 2011.  The motion is **GRANTED** and **Defendants' Motion to Dismiss First Amended Complaint** [#18] is accepted for fling.

      Dated:  August 15, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2]"[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.