IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No.: 11-cv-01132-REB-CBS  FTR - Reporter Deck - Courtroom A402
Date: September 19, 2011  Courtroom Deputy: Emily Seamon

*Parties:*  *Counsel:*

JHOSEMAR SAMANIEGO FERNANDEZ,  Jenifer Rodriguez
  Jennifer Jung-Wuk Lee
  Plaintiff,

v.

JOHN PEROULIS & SONS SHEEP, INC.,  Lindsey Jay
a foreign corporation of Colorado,
LOUIS PEROULIS, and
STANLEY PEROULIS,

  Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: STATUS CONFERENCE**
**Court in Session: 10:29 a.m.**
Court calls case. Appearances of counsel. Also appearing is Stephen Taylor, on behalf of Intervenor, United States of America.

Discussion between the Court and counsel regarding the Defendants' Motion to Dismiss First Amended Complaint and the United States' Motion to Stay Discovery. Discussion regarding the ongoing criminal investigation, obtaining discovery, and staying the case.

Discussion regarding drafting a settlement agreement, dismissing this lawsuit, and going to binding arbitration.

**ORDERED:** United States' Motion to Stay Discovery [Doc. No. 22] is GRANTED WITHOUT PREJUDICE. The Court only stays discovery in this case.

Hearing Concluded.

**Court in recess:**     **11:13 a.m.**
Total time in court:     00:44

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.