**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01132-REB-CBS

JHOSEMAR SAMANIEGO FERNANDEZ,

    Plaintiff,

v.

JOHN PEROULIS & SONS SHEEP, INC., a foreign corporation of Colorado,
LOUIS PEROULIS, and
STANLEY PEROULIS,

    Defendants.

THE UNITED STATES OF AMERICA,

    Defendant Intervenor.

**ORDER OF DISMISSAL AS TO INTERVENOR,
THE UNITED STATES OF AMERICA, ONLY**

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Intervenor** [#43][1] filed December 16, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that the intervenor, The United States of America, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Intervenor** [#43][2] filed December

---

[1] "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

16, 2011, is **GRANTED**;

    2.  That the intervenor, The United States of America, is **DISMISSED**; and

    3.  That the intervenor, The United States of America, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated December 19, 2011, at Denver, Colorado.

                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge